IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JONATHAN S. ALMODOVA, et al., | ) ) ) | CIVIL 07-00378-DAE-LEK |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| CITY AND COUNTY OF HONOLULU, | ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

    Findings and Recommendation having been filed on March 31, 2010 and served concurrently upon those counsel of record who are registered participants of CM/ECF, and served on April 1, 2010 by First Class Mail to the address of record for Jeffrey Julius, Esq., and no objections having been filed by any party,

    IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFFS' MOTION FOR APPROVAL OF SETTLEMENT AND ATTORNEY'S FEES FOR

INDIVIDUAL PLAINTIFFS," document no. 197, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 20, 2010.



_____
David Alan Ezra
United States District Judge

Jonathan S. Almodova, et al. vs. City and County of Honolulu, Civil No. 07-00378 DAE-LEK; ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION